IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ERIK WILLIAMS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | CIVIL No: 5:16-CV-0492-MTT-MSH |
| **HOMER BRYSON, et al,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

This case is currently before the Court due to Plaintiff Erik Williams' repeated failure to respond to the orders of the United States Magistrate Judge. Plaintiff's most recent failure comes as no surprise, however. All correspondence mailed to Plaintiff at the address provided has been returned as undeliverable, and the Court has not received any correspondence from Plaintiff since his pleadings were docketed on November 30, 2016. Therefore, as this Court has no information regarding Plaintiff's current address, and Plaintiff has made little or no effort to prosecute his claims, his complaint is now **DISMISSED** without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**SO ORDERED** this 31st day of March 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT